
AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Wilson, Jr., William R | 2. Court or Organization  U S District Court | 3 Date of Report  05/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time)  U S District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6 Reporting Period  01/01/2009  to  12/31/2009 |
| 7. Chambers or Office Address  500 West Capitol. Suite D444  Little Rock, AR 72201 | 8 On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only, see pp 9-13 of filing instructions)*

☐ NONE *(No reportable positions)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1 Board Member | Hendrix College |
| 2 Board Member | Federal Judges Association |
| 3 Board Member | Eighth Circuit Historical Society |
| 4 Board Member | Eighth Circuit Judicial Council |
| 5 | |

## II. AGREEMENTS. *(Reporting individual only, see pp 14-16 of filing instructions)*

☑ NONE *(No reportable agreements)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R. | 05/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse, see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1 | 2009 | Self-Employed, Lawyer |
| 2 | | |
| 3 | | |
| 4 | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | South Carolina Bar Association | January 22 - 23, 2009 | Myrtle Beach, SC | Speaker for Bar Meeting | transportation, meals, lodging |
| 2 | American Board of Trial Lawyers | March 27, 2009 | San Diego, CA | Speaker for Assoc Meeting | meals, lodging |
| 3 | Federal Judges Association | May 1 - 3, 2009 | Washington, DC | Association Meeting | transportation, lodging and meals |
| 4 | Wild Wings | Sept 11 - 20 2009 | Gregory, SD | Pheasant Hunts | transportation |
| 5 | Wild Wings | Dec 4 - 6, 2009 | Gregory, SD | Pheasant Hunt | transportation |
| 6 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children, see pp 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3. | | |
| 4 | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children, see pp 32-33 of filing instructions )*

☐ NONE *(No reportable liabilities )*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1 Visa | Credit Card | J |
| 2 Mastercard | Credit Card | J |
| 3 | | |
| 4 | | |
| 5 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE (No reportable income, assets, or transactions )

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1 Hotchkis & Wiley All Cap Value | D | Dividend | K | T | | | | | |
| 2 Alliance Bernstein | | None | J | T | Buy | 8/21/09 | J | | |
| 3 Alliance Small Cap | | None | | | Sold | 1/14/09 | J | A | |
| 4. Blackrock Basic Value | | None | J | T | Sold (part) | 1/14/09 | K | A | |
| 5 Boston Advisors Equity | | None | J | T | Buy | 1/22/09 | J | | |
| 6 Capital Guardian Growth | | None | J | T | Buy | 1/14/09 | J | | |
| 7 ------ | | None | | | Sold | 1/22/09 | J | A | |
| 8. Capital Guardian Research | | None | J | T | Buy | 1/22/09 | J | | |
| 9 ------ | | None | J | T | Buy | 8/21/09 | J | | |
| 10 Evergreen Omega | | None | J | T | Buy | 1 14/09 | J | | |
| 11 ------ | | None | K | T | Buy (add'l) | 9 11/09 | K | | |
| 12 Equity Growth PLUS | | None | K | T | Buy | 9/11/09 | K | | |
| 13 GAMCO | | None | J | T | Sold (part) | 1 14/09 | J | A | |
| 14 ------ | | None | K | T | Buy (add'l) | 1/22/09 | K | | |
| 15. Montag & Caldwell | | None | J | T | Buy | 1/14/09 | J | | |
| 16 ------ | | None | J | T | Buy (add'l) | 01/22/09 | J | | |
| 17 Multimanager Small Cap | | None | | | Sold | 01/14/09 | J | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 $2,500 | C =$2,501 $5,000 | D =$5,001 $15,000 | E $15,001 $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000 000 | |
| 2 Value Codes | J $15,000 or less | K =$15,001 $50,000 | L =$50,001 - $100,000 | M =$100 001 $250,000 | |
| (See Columns C1 and D3) | N =$250,001 $500,000 | O =$500,001 $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 $25,000 000 | |
| | P3 $25,000,001 $50,000 000 | | P4 =More than $50 000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U - Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18  Mansco Focus-name change-Focus PLUS then Equity Growth PLU | | None | J | T | Sold (part) | 01/14/09 | J | A | |
| 19  Mid Cap Value Plus | | None | J | T | Buy | 09/11/09 | J | | |
| 20  Oppenheimer Global | | None | J | T | Buy | 01/14/09 | J | | |
| 21  Oppenheimer Main St Small Cap | | None | J | T | Sold (part) | 01/14/09 | J | A | |
| 22  ------ | | None | | | Sold | 01/22/09 | J | A | |
| 23  Small Company Index | | None | J | T | Buy | 01/14/09 | J | | |
| 24  ----- | | None | | | Sold | 01/22/09 | J | A | |
| 25  Van Kampen Emerg Mkt Equity-name change-Global Multi-Sector | | None | J | T | Sold (part) | 01/14/09 | J | A | |
| 26  ----- | | None | | | Sold (part) | 01/22/09 | J | | |
| 27  Van Kampen Comstock | | None | J | T | Buy | 01/14/09 | J | | |
| 28  ------ | | None | | | Sold | 01/22/09 | J | A | |
| 29  Van Kampen Real Estate | | None | J | T | Buy (add'l) | 01/14/09 | J | | |
| 30  ------ | | None | | | Sold | 09/11/09 | J | A | |
| 31  Van Kampen Mid Cap Growth | | None | | | Sold | 01/14/09 | J | A | |
| 32  Lion Oil | C | Royalty | J | W | | | | | |
| 33  Endeavor Oil | A | Royalty | J | W | | | | | |
| 34  American Funds Growth | | None | K | T | Buy (add'l) | 03/17/09 | K | | |

1 Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
  (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
  (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35 ------ | | None | K | T | Sold (part) | 12/22/09 | K | B | |
| 36 Artio Global High Vol | | None | J | T | Buy | 05/28/09 | J | | |
| 37 ------ | | None | J | T | Buy (add'l) | 09/1/09 | J | | |
| 38 ------ | | None | J | T | Buy (add'l) | 09/02/09 | J | | |
| 39 Columbia Acorn International | | None | J | T | Sold (part) | 09/02/09 | K | A | |
| 40 Dodge and Cox International | | None | J | T | Sold (part) | 09/02/09 | J | A | |
| 41 ETF SPDR DJREIT | | None | J | T | Buy | 03/17/09 | J | | |
| 42 ------ | | None | J | T | Sold (part) | 12/22/09 | J | B | |
| 43 IShares Barclays Tips Bond Fund | | None | J | T | Buy | 12/22/09 | J | | |
| 44 IShares Trust Russell | | None | K | T | Buy | 03/17/09 | K | | |
| 45 IShares Russell Midcap | | None | J | T | Buy | 03/17/09 | J | | |
| 46 ------ | | None | K | T | Sold (part) | 12/22/09 | K | D | |
| 47 Janus Mid Cap Value Fund became Perkins Mid Cap | | None | J | T | Buy | 03/17/09 | J | | |
| 48 ------ | | None | K | T | Buy (add'l) | 06/26/09 | K | | |
| 49 Loomis Sayles Global | | None | J | T | Buy | 05/28/09 | J | | |
| 50 ----- | | None | J | T | Buy (add'l) | 09/1/09 | J | | |
| 51 ----- | | None | J | T | Buy (add'l) | 09/24/09 | J | | |

1 Income Gain Codes        A =$1 000 or less        B =$1,001 $2,500        C =$2 501 $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
  (See Columns B1 and D4)  F - $50,001 $100 000     G =$100,001 - $1 000,000   H1 =$1 000,001 - $5,000,000   H2 =More than $5 000 000
2 Value Codes              J =$15,000 or less       K =$15,001 $50,000        L =$50,001 $100,000      M =$100,001 - $250,000
  (See Columns C1 and D3)  N =$250,001 $500,000     O =$500,001 - $1,000 000   P1 =$1,000,001 $5,000,000   P2 =$5 000,001 $25 000 000
                           P3 =$25 000,001 $50 000 000
3 Value Method Codes       Q  Appraisal            P =Cost (Real Estate Only)  S  Assessment           T =Cash Market
  (See Column C2)          U =Book Value           V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value transactions (Includes those of spouse and dependent children, see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets or transactions)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52 Pimco Total Return Fund | | None | K | T | Sold (part) | 01/14/09 | K | A | |
| 53 ----- | | None | K | T | Buy (add'l) | 05/4/09 | K | | |
| 54 ----- | | None | K | T | Buy (add'l) | 09/1/09 | K | | |
| 55 ------ | | None | K | T | Sold (part) | 12/22/09 | K | A | |
| 56 T Rowe Price Real Estate | | None | | | Sold | 03/17/09 | J | A | |
| 57 T Rowe Value Fund | | None | | | Sold | 03/17/09 | K | A | |
| 58 Royce Total Return Fund | | None | K | T | Sold (part) | 03/17/09 | K | A | |
| 59 ----- | | None | K | T | Sold (part) | 09/11/09 | K | A | |
| 60 ------ | | None | K | T | Sold (part) | 12/22/09 | K | A | |
| 61 SSGA Emerging Markets | | None | J | T | Buy (add'l) | 03/17/09 | J | | |
| 62 ----- | | None | J | T | Sold (part) | 09/2/09 | J | B | |
| 63 Sentinel Small Company | | None | K | T | Sold (part) | 03/17/09 | J | A | |
| 64 ------ | | None | K | T | Sold (part) | 12/22/09 | K | B | |
| 65 Thornburg Core Growth | | None | I | T | Buy | 02/25/09 | J | | |
| 66 ------ | | None | | | Sold | 3/17/09 | J | A | |
| 67 Van Eck Global Hard Assets | | None | J | T | Buy | 12/23/09 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R. | 05/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Service for positions listed in I are not paid positions

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R. | 05/14/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle. N E
Washington, D C  20544